# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LULA B. ELLIS  
210 LINCOLN PARK BLVD.  
ROCKFORD, IL  61102

SSN-xxx-xx-0795

Case Number: 05-73850

Case filed on: 8/1/2005  
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,980.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | LULA B. ELLIS | 0.00 | 0.00 | 44.87 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 44.87 | 0.00 |
| 001 | ACN COMMUNICATIONS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BECKET & LEE, LLP | 2,763.74 | 1,444.83 | 1,444.83 | 0.00 |
| 003 | ASPIRE VISA | 1,728.94 | 903.86 | 903.86 | 0.00 |
| 004 | BANK OF AMERICA | 4,116.81 | 2,152.19 | 2,152.19 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 836.06 | 437.08 | 437.08 | 0.00 |
| 006 | CAPITAL ONE | 617.35 | 322.74 | 322.74 | 0.00 |
| 007 | LVNV FUNDING LLC | 6,648.13 | 3,475.51 | 3,475.51 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,816.08 | 949.41 | 949.41 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 448.59 | 234.51 | 234.51 | 0.00 |
| 010 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 3,034.39 | 1,586.32 | 1,586.32 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 909.64 | 475.54 | 475.54 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 3,318.07 | 1,734.62 | 1,734.62 | 0.00 |
| 014 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 1,302.18 | 680.75 | 680.75 | 0.00 |
| 015 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TRUGREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 976.43 | 510.46 | 510.46 | 0.00 |
| 019 | CENTRIX FINANCIAL LLC | 14,385.52 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 1,641.05 | 857.91 | 857.91 | 0.00 |
|  | Total Unsecured | 44,542.98 | 15,765.73 | 15,765.73 | 0.00 |
|  | Grand Total: | 47,406.98 | 18,629.73 | 18,674.60 | 0.00 |

Total Paid Claimant: $18,674.60  
Trustee Allowance: $1,305.40  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008      By  /s/Heather M. Fagan